UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TISHA HAGGARD and MAURICE HAGGARD a minor, by and through his mother, TISHA HAGGARD, <br><br> Plaintiffs, <br><br> v. <br><br> P.O. J. SPEDALE #6393 P.O. S. MARRON #7048, P.O. K. HOFFMAN #13188 and P.O. P. GEORGE #3401, individually, <br><br> Defendants. | Case No. 07 C 2464 <br><br> Judge Norgle <br><br> Magistrate Judge Cole <br><br> Jury Demand |

**FIRST AMENDED COMPLAINT AT LAW**

NOW COME the Plaintiffs, TISHA HAGGARD and MAURICE HAGGARD, a minor, by and through his mother, by and through their attorneys, GREGORY E. KULIS AND ASSOCIATES, complaining against the Defendants, P.O. J. SPEDALE, P.O. S. MARRON, P.O. K. HOFFMAN and P.O. P. GEORGE, individually as follows.

**COUNT I-EXCESSIVE FORCE-TISHA and MAURICE HAGGARD**

1) This action is brought pursuant to the Laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the civil rights of the Plaintiffs, and accomplished by acts and/or omissions of the Defendants committed under color of law.

2) Jurisdiction is based on Title 28 U.S.C. §1343 and §1331 and supplemental jurisdiction of the State of Illinois.

3) The Plaintiffs, TISHA HAGGARD and MAURICE HAGGARD, a minor, are United States citizens and permanent residents of the State of Illinois.

1

4) The Defendants, P.O. J. SPEDALE, P.O. S. MARRON, P.O. K. HOFFMAN and P.O. P. GEORGE, were at all relevant times, duly appointed police officers of the City of Chicago and at all relevant times, were acting within their scope of employment and under color of law.

5) On January 9, 2006, the Plaintiff, MAURICE HAGGARD, stepped out of the house at 1030 N. Leamington to go to the store.

6) Plaintiff MAURICE HAGGARD saw the Defendants detaining a young man.

7) Plaintiff MAURICE HAGGARD went back in his house to tell his mother TISHA HAGGARD.

8) Plaintiff MAURICE HAGGARD was not committing any crime or breaking any laws.

9) Defendants P.O. J. SPEDALE, P.O. S. MARRON, P.O. K. HOFFMAN and P.O. P. GEORGE of the Chicago Police Department ran up to the Plaintiff's house and broke though the door.

10) The Defendants attacked Plaintiff MAURICE HAGGARD and placed him under arrest.

11) The Defendants pushed Maurice Haggard to the floor and stood on his legs and ankles.

12) Plaintiff MAURICE HAGGARD was injured.

13) The Defendants then threw Plaintiff TISHA HAGGARD against the wall.

14) Plaintiff TISHA HAGGARD was injured.

15) Said use of force against both Plaintiffs was unprovoked, excessive and unreasonable.

16) Said actions of the Defendants were intentional, willful and wanton.

17) Said actions of the Defendants violated Plaintiffs TISHA and MAURICE HAGGARD's Fourth and Fourteenth Amendment Rights of the United States Constitution and were in violation of said rights as protected by 42 U.S.C. §1983.

18) As a direct and proximate consequence of said conduct of the Defendants, P.O. J. SPEDALE, P.O. S. MARRON, P.O. K. HOFFMAN and P.O. P. GEORGE, the Plaintiffs, TISHA and MAURICE HAGGARD, suffered violations of their constitutional rights, emotional anxiety, fear, pain and suffering and monetary loss and expense.

WHEREFORE, the Plaintiffs, TISHA and MAURICE HAGGARD, pray for judgment against the Defendants, P.O. J. SPEDALE, P.O. S. MARRON, P.O. K. HOFFMAN and P.O. P. GEORGE, jointly and severally, in an amount in excess of FIFTY THOUSAND AND 00/100 ($50,000.00) DOLLARS in compensatory damages and TWENTY THOUSAND AND 00/100 ($20,000.00) DOLLARS in punitive damages, plus attorneys' fees and costs.

## COUNT II-FALSE ARREST-MAURICE HAGGARD

1-10) The Plaintiff, MAURICE HAGGARD, hereby realleges and incorporates his allegations of paragraphs 1-10 of Count I as his respective allegations of paragraphs 1-10 of Count II as though fully set forth herein.

11) Plaintiff MAURICE HAGGARD was charged with solicitation on the public way.

12) These charges were false.

13) The Defendants did not see Plaintiff MAURICE HAGGARD committing any crime.

14) The Defendants did not have probable cause to arrest Plaintiff MAURICE HAGGARD.

15) Said actions of the Defendants were intentional, willful and wanton.

16) Said actions of the Defendants violated Plaintiff MAURICE HAGGARD's Fourth and Fourteenth Amendment Rights of the United States Constitution and were in violation of said rights as protected by 42 U.S.C. §1983.

17) As a direct and proximate consequence of said conduct of the Defendants, P.O. J. SPEDALE, P.O. S. MARRON, P.O. K. HOFFMAN and P.O. P. GEORGE, the Plaintiff, MAURICE HAGGARD, suffered violations of his constitutional rights, emotional anxiety, fear, pain and suffering and monetary loss and expense.

WHEREFORE, the Plaintiff, MAURICE HAGGARD, prays for judgment against the Defendants, P.O. J. SPEDALE, P.O. S. MARRON, P.O. K. HOFFMAN and P.O. P. GEORGE, jointly and severally, in an amount in excess of TWENTY FIVE THOUSAND AND 00/100 ($25,000.00) DOLLARS in compensatory damages and TEN THOUSAND AND 00/100 $10,000.00) DOLLARS in punitive damages, plus attorneys' fees and costs.

### JURY DEMAND

The Plaintiffs, TISHA HAGGARD AND MAURICE HAGGARD, request a trial by jury.

Respectfully submitted,

/s/ Ronak Patel
Gregory E. Kulis & Associates, Ltd.

Gregory E. Kulis & Associates, Ltd.
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
(312)580-1830